United States District Court



Plaintiff
Dairion E. Morgan #21403-032

vs.

Defendents
1) FCI Beckley Warden Young
2) FCI Beckley Warden Heckard
3) Doctor Roger Edwards
4) "OD" Carpenter, D. Scott
5) "PA-C" Amy Goode
6) "MA/phlebotomist" Melissa Suber
7) "FNP" S. Vest
8) Capt. Rodriguez
9) Melissa Fox
10) Dr. Fain

Reason for Defendents

1) Warden Young was the warden at FCI Beckley for the majority of the plaintiffs claim. As Warden of FCI Beckley it is Mr. Youngs direct Responsibility to make sure that all staff under his direction do their proffessional Job to the code of BOP Regulations.

2) Warden Heckard is the current warden of FCI Beckley and therefore is directly involved from Feb/March through the end of this suit. She has the same responsibility as mr. Young.

3) Doctor Roger Edwards, is Mr. Morgan Primary Doctor, therefore he has the final say on all medical concerns brought forth by Mr. Morgan.

4) Mr. D. Scott is & was the acting "OD" during all times relevent to Mr. Morgans case, and it is his duty to make sure Mr. Morgan recieved adaquate health care inside his department.

5) Amy Goode was a "PA-C" with direct knowledge of Mr. Morgans Medical concerns, as the "PA" it is her responsibility to foward all requests and complaints to the Dr. Representing Mr. Morgan.

6) Melissa Suber, at all times Mentioned was the MA/phlebotomist at FCI Beckley & had direct contact w/ Mr. Morgan.

7) S. Vest "FNP" was a medical proffesional at FCI Beckley during all times relevent to the plaintiffs claims. S. Vest also had direct contact with Mr. Morgan.

8) Capt. Rodriguez, As the captain of FCI Beckley his first duty is to secure the safety of all inmates, even those that are 100% wheelchair bound (especially during medical transfers

9) Melissa Fox had direct contact with Mr. Morgan and as a Medical proffesional should have spoken up for Mr. Morgans Complaints.

10) Dr. Fain as head of medical has the power to override Dr. Edwards yet did nothing for Mr. Morgan.

### 8th amendment Claim Under 42 USC §1983

From late 2018-2022 & current, Mr. Morgan has been deliberately Neglected by Medical Staff inside of FCI Beckley. Here within the plaintiff will do his best inside this Honorary Court and under the penalty perjury to prove more then one violation. Although all claims are all

under the eighth amendment for Cruel and unusual punishment Pain and suffering, deliberate indifference and inadaquate Medical Care against FCI Beckley. It should be respectfully noted by this Honorable Court that the plaintiff is 100% Paralized from the waist down. And here within will 100% Prove without a doubt that FCI Beckley Did Not do their Professional Job and duty when it came to Mr. Morgan.

<u>Facts Supporting Claim</u>

1) FCI Beckley Could have 100% Saved Mr. Morgan from Cruel and unusual punishment, Pain and Suffering, inadaquate Medical treatment and deliberate indifference. However by Continuing to ignore Mr. Morgan's Serious Medical concerns FCI Beckley directly Violated Mr. Morgan's eighth amendment rights.

2) Mr. Morgan has no movement from the waist down and From Said Ailment Mr. Morgan is confined to a wheelchair.

3) Since entering FCI Beckley Mr. Morgan has continued to Complain about and suffer through extreme pain.

4) Mr. Morgan has Continued to request a different wheelchair do to Skin/pressure spots and Severe back pain.

5) On Jan 8th 2019 @ 8:33 Am Mr. Morgan was seen by Dr. Edwards about, "Shot in back in 2016" and has Resultant paraplegia, he has bilateral pain (describes Neuropathic pain) Inmate states he has to Self "Cath" every Sur or five hours or So. ... Requesting Something for back pain" written by Dr. Roger Edwards @ 911 Am.

6) Even though Dr. Edwards was aware of Mr. Morgans severe back pain, All that was ordered for Mr. Morgan was Ibuprofen 800 mg orally two times a day for 170 days.

7) On Jan 8th 2019 @ 8:46 Am Mr. Morgan was seen for back pain and in regards Dr. Edwards placed Mr. Morgan on a "pain management program".

8) The above mentioned document clearly is dated to run from Jan 1st 2019 to Dec 31st 2019, However this is one example of falsifying documents By FCI Beckley, Because it is not possible for Mr. Morgans pain management program to start on Jan. 1st 2019, if he wasn't seen untill Jan 8th 2019.

9. On Jan 9th 2020 Mr. Morgan was seen by S. vest Mr. Morgan "Complained of UTI Like symptoms, Inmate hase frequent UTIS due to self Catherization secondary to pcrapalegia. He reported his urine as cloudy and has a foul odor. Previous Cultures are positive for e-coli, according to inmate his current symptoms have been ongoing for 1 month. Wrote by S. vest on Jan 9th 2020 @ 7:24 Am.

10) S. vest also Renewed Mr. Morgans Doxycycline Hyclate 100mg tablet by mouth twice daily for 14 days. So even though the UTI was still evedent Nothing was changed to fix Mr. Morgan Continuing UTI.

11) It was indicated by S. vest on Jan. 9th 2020 that Mr. Morgan 100% had an UTI but the site was not Specified

12) Jan 16th 2020 FCI Beckley went one step farther to clear Mr. Morgan for food service w/ No restriction and a wheel chair pass

13) It is also noted that mr. Morgan was at that point restricted to a very hard yellow wheelchair with absolutely no cushion or support.

14) On 2/11/2019 @ 2:06 pm Mr. Morgan was seen by Melissa Suber MA/Lab Tech, she gave mr. Morgan 42 catheters 1 pkg of 5 chucks and 14 packs of lubricating jelly" and is to return in one week to renew supplies. Melissa Suber never contacted Dr. Edwards about Mr. Morgans complaints of severe back pain do to being stuck in a non fitted wheelchair and continual sores (similar to bed sores) from being forced to stay idle in a non padded wheelchair.

15) It should be noted that on Jan 8th 2019, Mr. Morgan had two main complaints 1) catheters to be issued weekly 2) lower back pain do to permanent wheelchair placement.

16) Both Documents Mentioned in paragraph "15" above, were dated Jan 8th 2019, with a treatment plan dated to start on Jan 1st 2019

17) these documents from Jan 8th 2019 signed by Dr. Edwards once again prove that Mr. Morgans 8th amendment rights were violated do to inadaquate Medical treatment and improper filing of documents.

18) On Feb 18th 2019 @ 8:02 Am Mr. Morgan was seen by Melissa Suber in medical and given 42 catheters, 14 lubricating gels, and 1 pkg Schucks

19) The following document was not wrote until Feb 20th by Mellissa Suber, where the fact that he was given his medical supplies on Feb 18th was changed to Feb 20th

20) the above document is falsified, because it clearly states Mr. Morgan was given All his medical supplies for

Catherization on Feb 18th Not Feb 20th Both documents are wrote by Melissa Suber

21) On Feb 20th 2019 Melissa Suber clearly states that mr. Morgan was to return to medical in one week to renew supplies.

22) Mr. Morgan was not seen by medical to renew his supplies untill 3-4-2019, That time period is way longer then one week that was ordered on Feb 20th.

23) The above paragraph of 3-4-2019 was also signed by Melissa Suber on 3-6-2019 and clearly states Mr. Morgan was not seen untill 3-4-2019 when in fact he was to be seen at the latest Feb 28th.

24) Mr. Morgan was again given catheterizing supplies on March 14th & 18th 2019

25) It should be noted that on Both March 14th and 18th Mr. Morgan complained of severe Lower back pain and sores (consistent with Bedsores) do to inadaquate wheelchair cushioning for a man who is 100% confined to a wheelchair.

26) Mr. Morgan was seen by S. Vest on March 21st 2019 @ 8:27 Am per documents wrote by S. Vest, "Inmate reported to sickcall complaining of cloudy/foul smelling urine. Inmate is a paraplegic and requires self cathing 6x per day. He reported he has been placed on Macrobid in the past and it seemed to have worked well."

27) S. Vest wrote that Mr. Morgan has not complained of pain, however once again it should be noted that Mr. Morgan has never entered Medical for any reason without requesting a New chair, with the reasoning being Severe back pain do to a constant straight sitting position w/ minimal support.

28) It should also be noted that by S. Vest being aware that Mr. Morgan has to cath himself 6x a day it is highly likely do to the level of cell Sanitation inside FCI Beckley it is very likely that Mr. Morgan will continue to have Urinary infections

29) With the two above paragraphs 27 & 28 being mentioned Mr. Morgan was placed on Macrobid but do to constant self cath and Urinary problems S. Vest should have made a recommendation to place Mr. Morgan in a Care level 3 medical facility where Sanitation is a number one priority and Mr. Morgan would not have to suffer through infections

30) Once again Mr. Morgan is a paraplegic and only has an order for someone to push him around in his chair.

31) It should be put on record that Mr. Morgan Needs a care taker to help him with daily routines such as using the bathroom and getting out of bed and changing clothes

32) FCI Beckley has shown no attention to the fact that Mr. Morgan is unable to defend himself or help himself should he fell out of his bed or chair.

33) By the above mentioned issues in paragraphs 31 & 32 Mr. Morgan Needs to be sent to a care level 3 facility Not only for his health but also for his safety.

34) On 4/24/2019 Mr Morgan was again seen by Medical Professional S. Vest for a "Urinary problem"

35) It is noted that mr. Morgan did Not complain of pain on 4/24/2019 however it is wrote that Mr. Morgan had E-Coli bacteria which is known to come with Stomach Cramps.

36) The above noted Paragraph #35 Shows once again Medical

at FCI Beckley has continued to falsify Documents when it comes to Mr. Morgans needs, because with a simple urinary tract infection Not to mention E-coli Mr. Morgan would have been in severe pain do to a "UTI"

37) On 6/27/2019 Mr. Morgan was once again taken to Medical Amy Goode wrote "history of frequent UTIs, complains of foul smelling urine while institution is on lockdown"... ", is a Paraplegic requiring self Catherization multiple times per day"

38) Once again the only medication ordered for Mr. Morgan was Nitro Furantion Macrocystal 100mg twice a day for 10 days.

39) The medication order was a frivolous order do to multiple orders with no affect

40) On 7/9/2019 S. Vest saw Mr. Morgan for 3 complaints 1) Nueropathic pain 2) Urinary problem 3) Hypertension

41) On 7/9/2019 Medical admits that the only medication prescribed to Mr. Morgan for Nueropathic pain is Ibuprofen, which is a medication for inflamation & minor pain. Ibuprofen is not a medication for Nueropethic problems / symptoms

42) On 7/9/2019 Mr. Morgan once again complained of urinary problems, Nothing was ordered that day to help mr. Morgan fight a potential life threatening intestinal problem.

43) Mr. Morgan was also seen for hypertension and it clearly states he had been ordered Lisinopril, However Mr. Morgan was not currently taking that pill do to side effects end on 7/9/2019 S. Vest should have placed him on a different Medication to help a paraplegic man.

44) 7/11/19 Mr. Morgan was seen by medical, with a complaint of "bloody stool" After using "Fleet Enema" that morning. Do to Mr. Morgans severe medical issues he must self enema in order to have Semi normal bowl movements.

45) Nothing was done for Mr. Morgan on 7/11/2019 other then Amy Goode taking his vitals.

46) It should be on record once again that Mr. Morgan has numerous and frequent UTIS, So blood in the stool Should have been taken very seriously not pushed off like a regular Medical Concern.

47) On 9/18/2019 Mr. Morgan was again seen by S. Vest for urinary problems. S. Vest clearly states. ..." self caths himself 6-7 times a day due to history of paraplegia. This is a chronic issue. ... Most recent culture report shaved greater then 100,000 Colonies of e-coli.

48) On 9/18/2019 S. Vest admits knowledge of a severe case of E-coli inside of Mr. Morgan and still Made no recomendations for a care level 3 facility where Mr. Morgans medical Needs Not wants could be met and dealt with.

49) On 10/22/2019 S. Vest Renewed a Fleet enema order for Mr. Morgan with full knowledge that the Fleet enema has been Known to Cause Mr. Morgan Bloody Stools.

50) On 10/29/2019 S. Vest conducted an onsite evaluation on Mr. Morgan and fully admits that Mr. Morgan is Wheelchair Bound and unable to Ambulate.

51) Therefore S. Vest as a medical proffessional admitted that Mr. Morgan is unable to take care of himself or defend himself and still turned a blind eye to these facts.

52) Paragraph 50 and 51 clearly go to show a direct violation of Mr. Morgans 8ƒath amendment Right So act the very least deliberate indifference to his Safety and Medical Concerns.

53) Mr Morgan was seen by medical on 12/10/2019 with the request of a home program for helping to keep his legs flexible upon the exam he had severe muscle spasms & severe muscle Atrophy.

54) In that Same exam Medical claims Mr Morgan was independent from chair to exam table, Medical proffessionals assisted him he did not transfer independently.

55) Any medical proffessional that would even allow a man to struggle like that shall lose their liscence.

56) On 12/11/2019 Mr. Morgan was seen by Dr. Edwards and Edwards clearly writes, "Complaints of back pain" He goes on to write that all of Mr. Morgans Lab results wer "WNL"

57) It is known that at that time Mr. Morgan had a count of 100,000 colonies of E-coli, it would be impossible for Normal Labs

58) On that same document Dr. Edwards also says "Not applicable" for pain, but Mr. Morgan did indeed complain of severe pain.

59) So once again paragraph 56-58 go to show that Docter Edwards and Beckley Medical Staff have continued to not only turn a blind eye to Mr. Morgans Severe Medical ailments but also falsify documents to cover their tracks

60) On 1/16/2020 Medical once again turned a blind eye to Mr. Morgans Medical Condition when S. vest cleared Morgan for food Service detail w/ no restrictions.

61) Itis known that at FCI Beckley the serving counter is

way to high for Mr. Morgan to reach from his wheelchair. all the other kitchen duties are not handicap accessable

62) as of 7/25/2019 through the date of filing S. vest had full knowledge of Mr. Morgan suffering from Severe Pressure Sores and documented it on 7/25/2019

63) On Jan 9/2020 Mr. Morgan was again seen by medical for an urinary tract infection and once again it is noted Site unspecified.

64) By Mr. Morgan continuing to have UTI's, medical at Beckley Should have had some sort of testing done to verify the Site of infection and maybe they could have stopped the continual pain Mr. Morgan is still in.

65) On 3/10/2020 S vest ordered a renewal for Doxycycline Hyclate 100mg. With out ever coming to the unit to see Mr. Morgan for Severe Stomach pain and an UTI, because of an institutional lockdown.

66) It should be known that Bop policy clearly states Medical attention Does not Stop do to a lockdown.

67) 3 years ago in 2020 the urologist Recommended that FCI Beckley get new CIC catheters that are 100% sterile with the gloves, lubrication, bag & catheter all in one package.

68) Beckley FCI has still not gotten the CIC catheters.

69) Jan 16th 2020 Reason Recommended Mr. Morgan for the At Risk Program to help tailor an individual care plan to help fit Mr. Morgans needs do to paraplegia.

70) As of Jan 30th 2023 FCI Beckley has not even attempted to place Mr. Morgan in the above mentioned program.

71) IN Feb 2020 Mr. Morgan was forced to urinate on himself for for 8 days straight doto medical Refusing him Cutheters and Depends do to covid supposedly slowing things down in theworld.

72) IN MARCH /2020 Mr Morgan again complained of urinary problems to Keith, Rose who Forwarded the complaint to Dr. Edwards

73) It should be known that numerous times medical has only given Mr. Morgan 28 catheters for a week. It is well documented in all medical files that Mr. Morgan Must Catheterize 6-7 times per day.

74) So with the above paragraph deliberate indifference is a huge arguement, you cant turn your back on a man that can't use the bathroom w/out a catheter but you only give him 4 days worth of supplies

75) On 3-25-2020 Medical Refused Mr. Morgan treatment because they tried to force him to give up his wheelchair for a Bop issued wheelchair.

76. It should be noted that Bop chairs are 99% Non supportive & have very little cushion and made of hard plastic, they are not made for 24/7 use

77) On 7/13/2020 Mr. Morgan was forced to refuse outside treatment when the medical transport vans handicap straps were broken & he was unable to be Strapped securely in the Van.

78) While on the topic it should be known that on 8/15/2022 Mr. Morgan was indeed almost killed when the above mentioned Medical Vans straps did indeed break while going down the Mountain and Mr. Morgan to this day still suffers

through severe neck and upper back pain and the only thing that was done for him was an X-ray on his shoulder.

79) May 5th 2020 once again went to medical with complaint of severe pain & urinary problems And was seen by S. Vest.

80) on 5-26-2020 Mr. Morgan again saw S. Vest in medical And complained of severe pain do to a UTI.

81) It wasn't until 6/11/2020 Almost 2 years after Arriving at FCI Beckley that Melissa Fox Made the order that Mr. Morgan was to recieve 42 catheters 21 lubricants one pack chucks and one pack adult Briefs every monday.

82) the reason this order was made is as stated before Medical Staff were not giving Mr. Morgan enough of the medical supplies He needs to take care of himself

83) on 9/29/2020 Mr. Morgan had a trace of blood in his urine at that moment nothing was done to see if he was indeed bleeding internally or why

84) on 10/1/2020 Mr. Morgan had a culture report show up positive for Group B-Strep

85) Things like E-coli & strep would not be such a problem if Mr. Morgan was in a care level 3 Medical unit where Sanitation is apriority.

86) On Feb 16th 2021 Medical claims that "I/m was on callout to pick up self care supplies. --- I/m Never complied." This is Beckley once again Falsifying documents, because Mr. Morgan did indeed try to go to medical numerous times and the unit officer would not let him or anyone else at the unit

87) Once again it was marked as a refusal on 2/23/2020

but Mr. Morgan was turned away by compound staff & told to go back to his unit.

88) It should be known that Mr. Morgan has never refused going to Medical but when an officer gives Mr. Morgan an order he has to follow it or place himself in harms way.

89) An example is on 8/30/2022 @ Unit Pine B lower @ Beckley FCI Cell #162 Lt. Danny and a few other officers came to Mr. Morgans cell for a "cell search" and they abused him & forcibly abused/brutalized Mr. Morgan for no reason, this can be verified on cameras for Pine B lower @ 1:30-3:00pm.

90) Paragraph #89 is one example of the Brutality Mr. Morgan has suffered at FCI Beckley & He fears for his life. So medical was never refused its just Mr. Morgan is scared of what these correctional officers will do if he doesn't follow their orders immediately, so there is nothing Mr. Morgan can do when he is ordered not to go to medical.

91) Feb 2022 Mr. Morgan was again forced to refuse Medical treatment do to the Medical Ramp (on van) Not working

92) Once again on 3/9/21 Mr. Morgan was denied Medical by unit officers & was wrote down as a refusal.

93) It should be known on 4/13/21 S. Vest once again cleared Mr. Morgan for "Regular duty" "No Restrictions"

94) 4/26/21 Mr. Morgan was seen by Medical again do to urinary tract infections & severe pain S. vest wrote patient was in no pain.

95) 8/13/21 Document clearly states "inmate had a U/A with C&S reported 7/31/2021 Showing 100,000 colonies count

of E-coli and 100,000 Colony Count of Strep, No pharmacist Available to dispense Rx, So Mr. Morgan was forced to suffer.

96) The paper clearly States the E-coli & strep were verified on 7/31/2021 But Nothing was done until 8/13/21

97) 9/24/21 Mr. Morgan complained of Severe back pain do to no posture support in current chair.

98) 9/24/2021 Mr. Morgan was seen by Medical with Severe pain in multiple areas and lower extremity "spasms" but again Dr. Edwards writes "Not applicable" where pain should be Described.

99) on Jan 19th 2022 Mr. Morgan was seen by Medical and it was determined that an Urology Appt was needed but nothing was done until over a month later on 2/28/2022

100) on 3/6/2022 a quarter sized sore was found on Mr. Morgans thigh w/no drainage but very red. A follow up appt. was scheduled for 3 days later but it goes to show that with a properly fitted chair Mr. Morgan would Not have to deal w/ these issues.

101) It should be noted that Mr. Morgan has had numerous problems do to paraplegia @ FCI Beckley he had a very Serious fall in the Shu when the handicapped bench Fell off the Shower wall in April of 2021 And Mr. Morgan was forced to lay on the Floor for over an hour an officer who was working at that time will Attest to that and will be called as a wittness when the time comes.

102) 3/9/22 Medical Recommended an Ultrasound on Mr. Morgans Bladder & Kidneys do to UTIS. However they should have

neve allowed it to get that bad in the first place.

103) on 4/4/22 Mr. Morgan was scheduled to see Neirology on 8/2/22 For Severe back pain and is still to this day only given Ibuproten for pain if Medical pain and suffering is not an issue it should be taken into Consideration that, I took them over 4 years to schedule Mr. Morgan for a neurologist

104) 4/19/22 Mr. Morgan again complained of Bedsores do to permenant wheel Chair placement. Also complained of Severe back pain.

105) 4/21/22 Mr. Morgan again complained of ut's & requested Antibiotics the Same request was also made on 4/19/22

106) June/13/2022 Mr. Morgan was seen by Joe cooper to change a dressing on his left buttock. Therefore Medical knew that Mr. Morgan had Severe Sores and nevermade the effort to get him a better chair.

107) On 6/14/22 Mr. Morgan requested depends Do to leakage from bladder and Catheterization

108) 6/21/22 Mr. Morgan was seen in Medical for an ulceration showing interval Movement on Right Buttock

109) It Should be known that the ulcer grew to 8mm in circumfrence and had filled in completely And Medical Still Made no changes

110) 7/07/22 Mr. Morgan Requested a dauble bunk/Mattress a complaint that Dr Fain Denied for 4 years.

111) 7/14/22 Mr. Morgan again complained of dark foul Smelling urine and was diagnosed w/ positive

Leukocytes in his urine.

112) 8/15/22 Mr. Morgan was seen by Medical do to a very serious injury to head, neck, torso and abdomen do to officer neglect. during Strapping Mr. Morgan into the medical van & by such neglect Mr. Morgan was slipped onto his side and could have died do to FCI Beckleys Negligence on Medical van safety features

113) On 8/23/22 Medical files clearly state," follow up evaluation for "fall/injury" while in wheelchair during a Med trip in institutional vehicle on 8/15/22, continues to have neck & Right shoulder pain." It should be known the only thing Medical did was an x-ray on Mr. Morgans shoulder.

114) 8/30/22 Medical Staff did a cell search on Mr. Morgans Cell And called Lt Danny and another Lt to remove Mr. Morgan from the unit that within itself is not a problem the problem is Mr. Morgan is paralized from the waist down & they used physical violence against Mr. Morgan. This can be verified by Cameras in Pine Blower around 2:30 pm.

115) It should be known that officers at FCI Beckley have used force on Mr. Morgan numerous times. The 8/30 incident is just one time the Same day Mr. Morgan was being escorted by Lt Danny and his officers intentionally dumped Mr. Morgan out of his wheelchair face first onto concrete.

116) It should be noted that Mr. Morgan is 100% paralized from the waist down & cannot deffend himself or even stand up, therefore it is 100% unesecusable to use force on a paralized men. And being said Mr. Morgan

Sears he will be killed by FCI Beckley officers. Should this office of the clerk & this Honorable Court not step into help him, on Numerous occasions excessive force has been used to the point of life endangerment Mr. Morgan fears for his life and needs this Court to act immediately for his safety.

117) 8/26/22 Dr. Edwards made Mr. Morgan a Care level 3 Medical care, but made no effort to get him to a Care level 3 yard.

118) Do to UTIs Mr. Morgan has to take Methenamine Hippucate But that medication only works with Vitamin C & Mr. Morgan is forced to by it himself, but do to extended prison lockdowns he is unable to purchase it & Medical does not suppliment it.

119) 2/10/22 Ms Heckard Refused Mr. Morgans Compassionate Release request Because she claimed, "Mr. Morgan is not So-100% confined to a wheelchair." But the facts are Mr. Morgan is indeed 100% confined to a wheelchair and 100% paralized from the waist down.

120) ~~2/10/22 Mr. Morgan medication must be taken w/ Vitamin~~ C & do to constant lock down he is not able to order

the Vitamin C, he constantly runs out do to lockdown so his medication is uneffective.

120) 2/10/22 Warden Hubbard denied Mr. Morgans compchanive Release request Because she claimed, "Mr Morgan is not so-100% confined to a chair." When in fact Mr. Morgan is indeed 100% confined & has no feeling whatsoever from the waist down.

124) 9/14/2022 Mr. Morgan was seen by Dr. Edwards in the "Shu". Dr. Edwards only ordered 325mgs of Acetaminophen & clearly states knowledge of "sprain of shoulder joint," therefore Dr. Edwards fully knew that Mr. Morgan was indeed in severe pain & unable to amble around do to not being able to use his Right Shoulder. A Direct violation of his right to be free from pain & suffering. And no concern for his safety. It should be noted this is 1 month after injury acured.

122) 8/30/22, "Inmate Morgan is authorized to have 35 cathetes, 20 Lubepaks, 1.5 packs of adult Diapers, 7 chux pads, and No more the 5 glaves per week," Recommened by onsite doctor & urologist.

123) 9/13/22 Melissa Fox made an order to punish Mr. Morgan's Shu placement by lowering his supplies to, "4 cathetes, 3 Briefs, 2 lubricating jellies, 2 pairs glaves & 1 trash bag. 100% against the Dr's orriginal order on 8/30 cosigned by urologist Specialist.

124) 8/15/22 Nuerologist says," Mr. Morgan was reffered to him by Institution for Chronic back pain." However this request should have been done in 2018 Not 4 years later, this goes to show that Dr. Edwards & his medical staff have allowed Mr. Morgan to suffer through extreme pain for four years.

125) 8/15/22 document also states that the majority of Mr. Morgans pain comes to forced sitting position in wheelchair Nuerologist Made recommendation for Mr. Morgan to be fitted for a new chair, do to Musculo-skeltel pain from neck all the way down back. This is a chronic issue and cant Manage inoffize, so Mr. Morgan was reffered to an interventional pain specialist. For Eval & treatment.

126) 8/17/22 Nuerology notes were faxed over electronically Signed by Dr. Vaught (MD) @ 12:22 pm.

127) 11/9/22 Almost 2 months later Melissa Sox writes a consultation for new wheelchair to meet inmates needs because inmates wheelchair is several years old, we have performed Multiple repairs and its falling into dispair, However she never mentioned the wheelchair upgrade was Reccommended 2 months prior by a Nuerologist special Name Dr. Vaught. A target date was scheduled for 1/08/23, it is now Feb of 2023, 3 months after She made the order & 5 months After Nuerology recommended it. Nothing has been done or change & Mr. Morgan has had a flat tire for 4 months. She ordered New tires in Dec. And still has no tires.

128) 11/1/22 physical therapy provider States" Morgan having issues w/ his wheel chair today. By Jukey Dotson.

129) 11/15/22 Jukey Dotson Noted it was visable that Mr. Morgans chair did indeed have a Slot hire.

130) 12/13/22 Jukey Dotson wrote, "unavailabe progress do to modified lockdown"

131) 1/3/23 Jukey Dotson, "Mr. Morgan has muscle weakness and husn't been to pt secondary to unit being locked down" "Had backpain today so did lumbar stretching"

132) 12/15/22 Do to warden Heckard doing her Sanitation Rounds she noticed Mr. Morgan did not have any linen, on his bed, he told her he had Soiled his linen do to leakage and Not having any catheters which resulted in M.s Dunbar Bringing the following, "given extra supplies/specifically 3 catheters 3, Lubes, 5 draper 1 pack chux, 3 pairs gloves, 2 sets extra clean clothes (shirts, boxes, pants, Sox & 2 bedrolls." Also advised on the callout to speak w/ ms Fox, the following day.

133) 12/16/22 Do to what warden Heckard saw on 12/15 specifically unsanitary living conditions mr. Morgan was in, Mr Morgan was seen by Milissa Fox and given his original supply order back that the urologis ordered 4 months earlier of 42 catheters 14 packs lub (which is suppose to be 21) 21 gloves (it should be noted the only reason his Supplies were taken was out of retaliation for writing Dr. Edwards up for falsifying document about injury. MS Fox also made the order for, "complete linen change every Monday, Wednesday & Friday however all Mr. Morgan was given extra uniforms, but still had to deal w/ Soiled linen. This order is 100% disregarded on lockdowns, No laundry gets done at all during lockdowns.

34) also on 12/16/22 "pending consultation with orthotics Regarding a new wheelchair, He is aware the orthotics Contractor only comes every 6-weeks, If the 6 weeks is true why is it Feb of 2023 + still nothing has been ordered or changed on Mr Morgans wheelchair." He has concerns about his wheelchair pusher, He was moved to a different Unit and No pusher (WC pusher) as of Feb 2023.

35) Do to paraplegia + catheterization Mr. Morgan can not urinde like a normal person, Do to a supposed oxycarbazipine being found in his cell, he is forced to take a u/t at random times. On numerous occasions do to having to force urine out he has bleed into the cup + nothing has been done about it.

Respectfully

Signed _Darrion Morgan_        Filed _2/3/23_

Printed _Darrion Morgan_

FCI Beckley
Po Box 350
Beaver, WV 25813

Dairion Morgan #21403-037
F.C.I. Beckley
P.O. Box 350
Beaver WV 25813





RDC 99

25801

U.S. POSTAGE PAID
FCM LG ENV
BEAVER, WV
25813
FEB 06, 23
AMOUNT
$0.00
R2305K141865-02

7021 1970 0001 8048 4392

CERTIFIED MAIL

United States Court house
110 North Heber Street
Clerk of Courts
Beckley WV 25801



