UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

JUL 2 8 2023

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

DAIRION E. MORGAN,
    Plaintiff,

v.

WARDEN YOUNG,
WARDEN HECKARD,
WARDEN HOLZAPFEL,
DR. ROGER EDWARDS,
PA AMY GOODE,
FNP S. VEST,
CAPT. RODRIGUEZ,
HSA MELISSA FOX,
MEDICAL DIRECTOR DR. FANN,
LT. JOHN DOE 1,
LT. JOHN DOE 2,
OFC. JOHN DOE 3,
OFC. JOHN DOE 4,
OFC. JOHN DOE 5,
OFC. JOHN DOE 6,
    Defendants.

No. 5:23-CV-101

JURY DEMANDED

## AMENDED COMPLAINT

## I. INTRODUCTION

Plaintiff brings this suit pro se, pursuant to the Bivens doctrine, only. See DE 64. Plaintiff alleges deliberate indifference to his medical needs as a paraplegic and excessive force. Despite knowledge of Plaintiff's

medical needs, Defendants failed to provide: (1) a proper wheelchair; (2) a care taker; (3) urinary supplies and care; (4) safe, well-maintained handicap equipment (transport van, ramps, shower bench etc.); (5) approval for a medically-indicated transfer; and (6) protection from staff assault.

## II. PARTIES

1. Plaintiff Davrion E. Morgan is a federal prisoner in BOP custody and housed at FCI Beckley (WV).

2. Defendants Young, Heckard, and Holzapfel are all current or former wardens of FCI Beckley. As such, they promulgate local policy, create and approve budgets, and are in overall supervisory control of all aspects of prison administration. Their failure to adequately budget for medical equipment and supplies, directly caused Defendant to not have a caretaker, sufficient urinary supplies, safe handicap equipment, and deprived him of any physical therapy. Wardens also approve medical transfers, so they are liable for Defendant not being transferred to a suitable facility. See ¶¶ 13, 33, 67, 69, 71, 73, 77, 91, 101, 103, 112.

3. Defendant Edwards was, at all relevant times, Plaintiff's Primary Care Physician, in charge of overall care.

4. Defendants Goode and Vest were, at all relevant times, mid-level medical providers under Dr. Edwards.

5. Defendant Rodriguez was, at all relevant times, a captain

and head of security and was in charge of, and responsible for, the safety and security of prisoners, including Plaintiff.

6. Defendants Fain and Fox were, at all relevant times, the Medical Director and HSA (Health Services Administrator), and were responsible for overseeing medical care at FCI Beckley. Together, they set the medical policies, budgets, and supervise medical staff. Their failure to adequately budget for Plaintiff's medical needs led his denial of a caretaker, urinary supplies, safe equipment, and physical therapy. See ¶¶ 13, 33, 67, 69, 71, 73, 77, 91, 101, 103, 112.

7. Defendants John Doe 1-6 were, at all relevant times, security staff, responsible for the safety and well-being of prisoners (including Plaintiff).

8. All defendants had at least a general knowledge of Plaintiff's specialized medical needs.

9. All defendants were, at all relevant times, employees and officers of the United States Bureau of Prisons, Department of Justice, an agency of the United States of America. All defendants are sued in both their individual and official capacities.[1]

---

1. Plaintiff recognizes that the Honorable Judge Aboulhosn is of the opinion that injunctive relief/official capacity is unavailable in Bivens suits. Plaintiff respectfully disagrees. See Response to United States of America's Motion to Dismiss.

FCI Beckley. It should be respectfully noted by this honorable Court that Plaintiffs is Paralyzed 100% from the waist down, and here within will 100% without a doubt Prove that FCI Beckley Did Not do their Proffessional Job and duty when it Came to Mr. Morgan.

## III.                    FACTS Supporting Claim

1.) FCI Beckley Could have 100% Saved Mr. Morgan from cruel and unusual Punishment, Pain and Suffering, inadequate medical treatment and deliberate indifference. However by Continuing to ignore Mr. Morgans Serious medical Concerns, FCI Beckley directly violated Mr. Morgans eighth amendment rights.

2. Mr. Morgan has no movement from the waist down and from said aillment Mr. Morgan is Confined to a wheelchair.

3. Since entering FCI Beckley Mr. Morgan has Continued to Complain about and suffer through extreme Pain.

4. Mr. Morgan has Continued to request a different wheelchair do to skin/ Pressure sores and Severe back Pain.

5. On Jan 8th 2019 @ 8:33 Am Mr. Morgan was seen by Dr. Roger edwards about "shot in the back in 2015 and has resultant ParaPlegia, he has bilateral Pain (describes Neuropathic Pain). Inmate states he has to "Self Cath" every 4-5 hours ... Requesting something for "back Pain" written by Dr. Roger edwards @ 9:11 AM.

6. Even though Doctor edwards was aware of Mr. Morgan being in Severe Pain all that was ordered for Mr. Morgan was ibuprofen 800 mg tablets orally- two times a day x 120 days.

7. On Jan 8th 2019 @ 8:46 am Mr. Morgan was seen for Pain in his back and in regards Mr. Roger edwards Placed Mr. Morgan on a "Pain management Program

8. The above mentioned document clearly is dated to run from Jan. 1st 2019 to Dec. 31st 2019. However this is one example of falsefying documents. BY FCI Beckley, Because it is not Possible for Mr. Morgans Pain management Program to start on Jan. 1st 2019, if he wasnt seen until Jan. 8th 2019.

9. on Jan. 9th 2020 Mr. Morgan was seen by S. vest. Mr. Morgan Complained of uti like symptoms, inmate has frequent uti's due to self Catherization secondary to Quadraplegia. He reported his urine as cloudy and has a foul odor. Previous Cultures are Positive for e-Coli, According to inmate his current symptoms have been ongoing for 1 month. wrote by S. vest on Jan 9th 2020 @ 7:24 Am.

10. S. vest also Renewed Mr. Morgans Doxycycline Hyclate 100 mg tablet by mouth twice daily for 14 days. so even though the uti was still evident nothing was changed to fix Mr. Morgans Continued uti

11. it was indicated by S. vest on Jan 9th 2020 that Mr. Morgan 100% had an uti but the site was not specified

12. Jan 16th 2020 FCI Beckley went one step further to clear Mr. Morgan for food service w/no restriction + a wheel chair Pass wrote by S. vest

13. It is also noted that Mr. Morgan was at that Point restricted to a very hard yellow wheelchair with absolutely no cushion or Back support.

14. on 2/11/2019 @ 2:00 Pm Mr. Morgan was seen by melissa Surber MA/Lab tech She gave Mr. Morgan 42 Catheters, 1Pk of 5 chucks and 14 Packs of lubrication Jelly and is to return to medical in one week to renew supplies. Melissa Surber never Contacted Dr. Edwards about Mr. Morgans Complaints of severe back Pain do to being stuck in a non-fitted wheelchair and Continual sores (similar to bed sores) from being forced to stay idle in a non-Padded wheelchair.

15. It should be noted that on Jan 8th 2019, Mr. Morgan had two main Complaints 1.) Catheters to be issued weekly + 2.) Lower back Pain due to Permanent wheelchair Placement.

16. Both documents mentioned in Paragraphs "15" above, were dated Jan 8th 2019, with a treatment date starting on Jan 1st 2019.

17. These Jan 8th documents signed by Dr. edwards once again prove that Mr. Morgans 8th amendment rights were violated do to inadequate medical treatment. + improper filing of documents.

18. On Feb 18th 2019 @ 8:02 AM Mr. Morgan was seen by melissa Suber in medical + given 47 catheters, 14 lubricating Jelly, 1Pkg of 5 chucks.

19. The following document was not wrote until feb 20th by melissa Suber, where the fact that he was given the medical supplies on feb 20th + told to return in a week.

20. The above document is falsified, because it clearly states Mr. Morgan was given all his medical supplies for Catheterization on feb 18th not feb 20th Both documents are wrote by melissa Suber

21. on feb 20th 2019 Melissa Suber clearly states that Mr. Morgan was to return to renew his medical supplies in one week.

22. Mr. Morgan was not seen by medical to renew his supplies until march 4th 2019. That time Period is way longer than the one week that was ordered on feb 20th.

23. The above Paragraph was also signed by melissa Suber on March 6th 2019 + clearly states Mr. Morgan was not seen until march 4th, where in fact he was Supposed to have been Seen before feb. 28th.

24. Mr. Morgan was again given Catheterizing supplies on march 14th + 18th 2019.

25. It should be noted that on both march 14th + 18th mr. morgan complained of severe lower back Pain + sores (consistant of bed sores like markings) do to inadequate wheelchair Cushioning for a man whom is a 100% confined to a wheelchair.

26. Mr. Morgan was seen by J. vest on March 21st 2019 @ 8:27 AM per document wrote by J. vest, "inmate reported to sick call complaining of cloudy/foul Smelling urine. Inmate is a ParaPlegic and requires self cathing 6x Per day. He reported he has been Placed on Macrobid in the Past and it seemed to work well."

27. S. vest wrote that Mr. Morgan did not Complain of Pain but once again it should be noted that Mr. Morgan has never entered medical for any reason w/out requesting a new chair, with the reasoning being severe back pain do to a Constant straight sitting position w/ minimal support.

28. It should also be noted that by S. vest being aware that Mr. Morgan has to Cath himself 6x a day. it is highly likely do to the level of cell Sanatation inside FCI Beckley it is very likely that Mr. Morgan will Continue to have urinary infections.

29. W/ the two above Paragraphs 27 + 28 being mentioned Mr. Morgan was Placed on Macrobid but do to Constant Cath + urinary Promblems S. vest should have made a recommendation to place Mr. Morgan in a Care level 3 medical facility. Where Sanitation is a #1 Priority + Mr. Morgan would not have to Suffer through infections.

30. once again Mr. Morgan is a ParaPlegic + only has an order for someone to Push him around in his wheel chair.

31. it should be put on record that Mr. Morgan needs a Care Provider to help him w/ daily routines such as using the bathroom / getting out of bed + changing clothes.

32. FCI Beckley has shown no affention to the fact that Mr. Morgan is unable to defend himself or help himself should he fall out of the bed or chair.

33. By the above mentioned issues in Paragraphs 31 + 32 Mr. Morgan needs to be sent to a Care level 3 medical facility not only for his health but also for his safety.

34. on 4/24/2019 Mr. Morgan was again seen by medical Professional S. vest for a "urinary Promblem".

35. It is noted that Mr. Morgan did not Complain of Pain on 4/24/2019, however it is wrote that Mr. Morgan had e-Coli bacteria which is known to come with Stomach cramps.

36. The above noted Paragraph #35 shows once again medical at FCI Beck's has Continued to falsify documents when it Comes to Mr. Morgan medical n

Because with a simple urinary infections not to mention E-Coli bacteria Mr. Morgan would have been in Severe Pain do to a "uti"

37. On 6/27/2019 Mr. Morgan was once again taken to medical. Amy Goode wrote "history of frequented uti's. Complains of foul smelling urine while institution is on lock down"... is a Paraplegic requiring Self Catheterization Multiple times daily.

38. Once again the only medication that was ordered was 100 mg twice a day X 10 days Nitrofurantoin Macrocrystal

39. The medication order is a frivalous order do to multiple orders with no affect.

40. On 7/9/2019 S. vest Saw Mr. Morgan was Seen by medical for 3 complaints 1.) Nueropathic like Pain 2.) urinary Promblem 3.) hypertension

41. On 7/9/2019 S. vest admits that the only medication Prescribed to Mr. Morgan for Nueropathic Pain is ibuProfen, which is a medication for inflamation & Minor Pain, ibuProfen is not a medication for Nueropathic Promblems / symptoms.

42. On 7/9/2019 Mr. Morgan once again Complained of urinary Promblems. Nothing was ordered that day to help Mr. Morgan Sight a Potentially life threatening intestinal Promblem.

43. Mr. Morgan was also Seen for hypertension & it clearly states he had been ordered lisinopril, however Mr. Morgan was not Currently taking that Pill do to side effects, & on 7/9/2019 S. vest should have Placed him on a different medication to help a Paraplegic man.

44. 7/11/2019 Mr. Morgan was Seen by medical with a Complaint of bloody stool, after using fleet enema that morning. Do to Mr. Morgans severe medical issues he must self enema in order to have Semi normal bowl movements

45. Nothing was done for Mr. Morgan on 7/11/2019 other then Amy Goode taking his vitals.

46. It should be on record that once again Mr. Morgan has numerous & frequent uti's, so blood in the stool should have been taken very seriously not Pushed off like a regular medical Concern

47. On 9/18/2019 Mr. Morgan was again Seen by S. vest for "urinary Promblems" S. vest clearly states ... self caths himself 6-7 times daily due to history of Paraplegia. This is a chronic issue ... Most recent culture showed greater than 100,000 colonies formed of E-Coli

48. On 9/18/2019 S. vest admits knowledge of a Severe case of E-Coli reside of Mr. Morgan + Still made no recommodation for a care level 3 facility where Mr. Morgans medical needs not wants could be met + Dealt with.

49. On 10/22/2019 S. vest renewed a fleet enema order for Mr. Morgan with full knowledge that the fleet enema has been known to cause Mr. Morgan bloody stools

50. On 10/29/2019 S. vest conducted on onsite evaluation at Mr morgan + fully admits that Mr. morgan is wheelchair bound. and unable to ambulate

51. Therefore S. vest as a medical Professional has admitted that Mr. morgan is unable to take care of himself. or defend himself + still turned a blind eye to these facts.

52. Paragraph 50 + 51 Clearly go to show a direct violation of Mr. Morgans eighth amendment for at the very least deliberate indifference to his safety + medical concerns.

53. Mr. morgan was Seen by medical on 12/10/2019 with Dr. edwards Roger with the request of a home program for helping to keep his legs stretched and flexible, upon the exam he had severe muscle spasms + severe muscle Atrophy.

54. In that same exam Medical claims Mr. Morgan was independed from chair to exam table, its almost impossible for a man with no legs use to go 1½ feet (wheelchair height) to around 4 feet in a complete sitting position with no control of his legs.

55. Any medical Professional that would even allow a man to make that attempt should lose their license for inadequate medical treatment + gives Mr. Morgan

a strong case for mal practice against the Doctors @ FCI Beckley.

56. on 12/11/2019 Mr. Morgan was seen by Doctor edwards and Dr. edwards clearly writes "... Complaints of pain, including but not limited to; back Pain". He goes on to write that all of Mr. morgans lab studies were "within normal limits"

57. It is known that Mr. morgan suffered from over 100,000 colonies of e-coli, so how were his limits Normal?

58. on that same document Dr. edwards also says "Not applicable" for pain but Mr. Morgan had complaints of severe pain.

59. So once again Paragraphs 56-58 go to show that Doctor edwards and FCI Beckley medical staff have Continued to not only turn a blind eye to Mr. Morgans severe medical ailments but also falsify documents to cover their tracks

60. on 1/16/2020 medical once again turned a blind eye to Mr. Morgans medical condition when S. vest cleared Mr. Morgan for food service detail w/ no restrictions.

61. It is known that at FCI Beckley the serving counters way to high for Mr. Morgan to reach from his wheelchair + all other kitchen duties are not handicap accessible.

62. As of 7/25/2019 through the date of filing S. vest had full knowledge of Mr. Morgans suffering from severe Pressure sores + Documented it on 7/25/2019

63. on Jan 9th 2020 Mr. Morgan was again seen by medical for a urinary tract infection + once again it is noted "site not specified."

64. By Mr. Morgan continuing to have UTI's, medical at Beckley should have had some sort of testing done to verify the site of infection and Maybe they couldve stopped the continual Pain that Mr. morgans still in.

65. on 3/10/2020 S. vest ordered a renewal for Doxycycline Hyclate 100 mg without ever coming to the unit to see Mr. morgan for stomach Pain + UTI, Because of an institutional lockdown.

66. It should be noted that BOP Policy clearly states medical attention does not stop do to a lockdown

67. 3 years ago april 2020 the urologist note from mercer medical group recommended that Beckley get new cic catheters that is 100% sterile with the gloves, lubrication and urinal bag all attached as one unit.

68. FCI Beckley still has not gotten New upgraded cic catheters.

69. Jan 16th 2020 the Region recommended Mr. Morgan for the At-Risk Program to help tailor an individual care plan to help fit Mr. Morgans needs due to Paraplegia.

70. as of Jan 30th    FCI Beckley has not even attempted to Place Mr. Morgan in above mentioned Program stated in #69.

71. in Feb 2020 Mr. Morgan was forced to urinate on himself for 8 straight days due to medical Refusing him catheters and Depends due to Covid supposedly slowing down Production + Delivery Said medical Director Fain

72. on 3/13/2020 Mr. Morgan again complained of urinary Promblems to PA Keith Rose, who forwarded the Complaint to Dr. edwards

73. it should be Known that Numerous times Medical has only given Mr. morgan 28 Catheters, for a week. It is well Documented in the medical files that Mr. Morgan must Cathetarize 6-7 times a day.

74. So with the above Paragraphs diliberate indifference is a huge argument how Can You turn Your back on a man that Cant use the restroom w/out a Catheter but You only give him 4 days worth of Supplies

75. In Reference to #75, on 3/25/2020 medical refused Mr. Morgan treatment, because they tried to take his wheelchair + replace it with a BOP issue.

76. it should be noted that BOP chair for 99% have very little cushion or NO Cushion and made out of hard Plastic, they are not chairs meant for 24/7 use.

77. On 7/13/2020 Mr. Morgan was forced to refuse outside treatment go to transport van medical straps being broken. He was unable to be secured in van.

78. While on the topic it should be known that on 8/15/2022 Mr. Morgan was indeed almost killed when the above mentioned medical van straps did indeed break while going down a mountain, + Mr. Morgan to this day still suffers through severe neck and upper back pain + the only thing that was done for him was an x-ray on his shoulder.

79. May 5th 2020 once again went to medical with complaints of pain + urinary tract problems and was seen by S. west

80. On 5-6-2020 Mr. Morgan again saw S. west in medical and complained of severe pain do to UTI.

81. Before I get too far along, in reference to #1P77, "Youngs, fox, fain and Rodriguez and any Captain is in charge of safety of the inmates / security and they are jointly responsible to make sure handicap transport vans are properly maintained, safe, up to code and working fully; and they failed to do so."

82. It wasn't until 6/11/2020 almost 2 years after arriving at FCI Beckley that Melissa fox finally made the order that Mr. Morgan was to receive 42 catheters, 21 lubricating jelly, one pack of chux + one pack adult briefs every monday.

83. The reason this order was made is as stated before Medical staff were not giving Mr. Morgan anywhere near the right amount of stuff to take care of himself.

84. On 9/29/2020 Mr. Morgan had a trace of Blood in his urine, at that moment nothing was done to see if he was bleeding internally.

85. On 10/11 2020 Mr. Morgan had a culture report show up positive for Group B strep.

86. Things like E-Coli + strep would not be as much of an issue if Mr. Morgan was in a care level 3 medical unit receiving legit sterile supplies

87. On Feb 16th 2021 Medical claims that "I/m was on callout to pick up self-care supplies ... I/m never complied". This is a false Document, because Mr. Morgan did in deed try to go to medical numerous times & John Doe 3 would not let anyone out the unit.

88. once again, it was marked as a refusal on 2/23/2020 but Mr. Morgan was turned around by John Doe 4 & told to go back to his unit.

89. It should be noted that Mr. Morgan has never refused going to medical but when an officer gives Mr. Morgan an order he has to follow it or place himself in harms way.

90. on 8/30/2022 @ 1:30 ish Mr. Morgan was taken out of his cell # 102 PBL unit by John Doe 1 & John Doe 2 for a cell search & they abused him & forcibly brutilized him for no reason you can verify by camera.

91. Paragraph 90 is one example of the brutality Mr. Morgan has suffered at FCI Beckley & he fears for his life, so medical was never refused its Just Mr. Morgan is scared of what these correctional officers at FCI Beckley will do if he doesn't follow what they say immediately so there is nothing Mr. Morgan can do when he is ordered to not go to medical. another example in april 2021 when Mr. Morgan was forced and threatened by staff to switch to BOP issued chair Mr. Morgan tried to check-in in fear of the guards. Capt. Rodriguez and medical staff depriving Mr. Morgan of his medical needs and implying force/abuse when he files remedies against them Capt. Rodriguez and John Doe 6 Did not let Mr. Morgan check-in and dragged him in his wheelchair against his will from Capt/Lieutenant office back to PBL unit.

92. Warden Young, Capt Rodriguez, fair and Fox are Jointly responsible to be sure handicap ramps are installed and maintained Feb 2022 Mr. Morgan was forced to refuse urology appt due to handicap van ramp not working

93. Once again on 3/9/2021 Mr. Morgan was denied medical by John Doe 5 + was wrote down as a Refusal.

94. It should be known that on 4/13/21 S. vest once again Put Mr. Morgan down as a regular work duty "No restrictions".

95. 4/26/21 Mr. Morgan was seen by medical again do to urinary tract infections + severe Pain S. vest wrote that Patient was in no Pain

96. 8/13/2021 Document clearly states: Inmate had a u/a with C+S reported 7/31/2021 showing 100,000 Colony Count of E. Coli and 100,000 Colony Count of graß B strep No Pharmacist available to dispense rx.

97. The Paper clearly states the E. Coli + strep were verified on 7/31 why on 8/13 was still nothing done.

98. 9/24/2021 Mr. Morgan Complained of severe back Pain do to no Posture Support in chair.

99. 9/24/2021 Mr. Morgan was seen by medical with severe Pain in Multiple areas + lower extremity "Spasms" But again Dr. Edwards writes "not Applicable" where Pain should be described.

100. on Jan 19th 2022 Mr. Morgan was seen by medical + it was determined that an urology appt was needed. But nothing was done until over a month later on 2/28/22. "As HSA Ms. Fox is responsible to see that referrals are Processed and scheduled Promptly".

101. on 3/6/22 medical staff law found a Quarter size sore on Mr. Morgans thigh w/no drainage by redness. A follow up was scheduled for 3 days later but it goes to show that with a Proper fitted chair Mr. Morgan would not have to deal with these issues.

102. Similar to 77 + 91 handicap benches installed and mantained to be checked, Secured and safe by Young, Rodriguez, fain and fox who are Jointly responsible. Its noted Mr. Morgan has had numerous Promblems do to ParaPlegia @ FCI Beckley he had a very serious fall in the Shu, when the handicap bench fell off the shower wall in april 2021 and

and Mr. Morgan was stuck laying on the floor for over an hour. An officer Boshum who was working 2nd shift at the time will confirm that + called as a witness when the time presents itself.

103. 3/29/22 medical recommended an ultra sound on Mr. morgans bladder + kidneys do to uti's. However they should have never allowed it to get that bad in the first place.

104. on 4/4/22 Mr. Morgan was scheduled to see Neurology on 8/15/22 for severe back pain + is only given ibuprofen 800 mg tablet for pain. If medical really cared it would not take 4 months to get Mr. morgan scheduled specially when Mr. Morgan and all paraplegics suppose to see Neurologist atleast once a year not once every 4 years like Beckley did Mr. morgan.

105. 4/19/22 Mr. Morgan went to medical requesting antibiotics for uti.

106. 4/21/22 Mr. Morgan again complained of bed sores do to permanent wheel chair placement. Also complained of severe lower back pain.

107. June 13/ 2022 Mr. Morgan was seen by Joe cooper to change Dressings on left buttocks. Therefore medical knew that Mr. morgan had severe sores + Never made the effort to get him a better chair

108. on 6/14/22 Mr. Morgan on requested more depends do to leakage from bladder + catheterization.

109. 6/21/22 Mr. Morgan was seen in medical for an ulceration showing interval Movement on Right buttocks.

110. It should be known that ulcer grew to 8mm in circumference and had filled in Completely, and medical still made no changes.

111. 7/7/22 Mr. Morgan requested a double mattress pass to relieve some of the lower back pain and bed sores. A complaint that was Denied by J. vest, Amy Goode and Dr. edwards up until 7/7/22 total of 4 years later.

112. 7/14/22 Mr. Morgan again complained of dark foul smelling urine. + was diagnosed with positive Leukocytes in his urine

113. on 8/15/22 Mr. Morgan was seen by medical due to a very serious injury to head, Neck, torso + abdomen due to officer neglect and lack of training on handicap travel and strapping Mr. Morgan into the government issued van + by such neglect Mr. Morgan was flipped onto his side + face + could have died do to Beckleys negligence on medical vans safety features Like in #77 on 7/13/2020 Mr. Morgan was forced to refuse outside medical trip due to handicap transport straps being broken and not being able to properly secure and handicap ramp was working. So for his safety he refused. Mr. Morgan had to refuse in march 2021 as well due to handicap van ramp not properly working. which resulted in Mr. Morgan being injured due to straps breaking on same non-working van. Even after Mr. Morgans tragic injury 8/15/22. In January 2023 6 months after fall, morgan couldnt attend outside appt due to van being broke still and having to borrow van from McDowell facility.

114. on 8/23/22 medical file clearly states "follow up evaluation for fall injury" while in wheelchair during a medtrip in institutional vehicle on 8/15/22 continues to have neck + right shoulder pain. It should be known the only thing medical did was an x-Ray on Mr. Morgans shoulder.

115 on 8/30/22 medical staff did a cell search on Mr. Morgan and called operations John Doe 1 + John Doe 2 came to remove Mr. Morgan from the unit, that within itself is not a problem, the problem is Mr. Morgan is paralyzed from the waist down + they used physical violence against Mr. Morgan this can be verified by Pine B Lower Cameras around between 1 Pm up to 2:30 ish Pm

116. It should be known that officers @ fcJ Beckley have used forced on Mr. morgan numerous times, the 8/30/22 incident is only one example on 8/30 Mr. morgan was being escorted by Lt. Danny and Lt SD1 & SD2 and his officers intentionally dumped Mr. morgan out of wheelchair with excessive force.

117. It should be noted that Mr. morgan is a 100% Paralyzed from the waist down & can not stand up. therefore it is 100% unacceptable and excuseable to use force on a handicap man and being as said Mr. morgan fears he will be killed by Beckley officers should this honorable court not step in to help mr. morgan. on numerous occassions excessive force to the point of life endangerment Mr. morgan needs this court to act immediately for his safety.

118. on 8/26/22 Dr. edwards made mr. morgans care level a care level 3 unstable chronic condition eligible for medical transfer for proper care and care level housing. Mr. Morgan was told by Dr. edwards in the shu on 9/6/22 that he was being transferred to FMC available with space.

119. utis continue & Mr. morgans Methanamine Hippurate has to be taken w/ vitamin c in order to be affective & must buy his own and due to lockdown Plenty times Mr. morgan has been unable to Purchase vitamin c etc meaning medicine is ineffective

120. 7/10/22 MS. Hechard refused compassionate release due to a claim that Mr. morgans not 50% to 100% confined to bed, or a chair & medical files prove Morgans completely 100% Paralyzed and confined to wheelchair.

## IV. RELIEF

Plaintiff prays for the following relief:

A. Assume jurisdiction over this matter;

B. Order Plaintiff transferred to a care level 3 facility;

C. Compensatory damages;

D. Punitive damages;

E. Costs; and

F. Such other and further relief as the Court may deem just and proper.

## V. VERIFICATION

I declare under penalty of perjury and pursuant to 28 USC § 1746 that the foregoing is true and correct.

Executed on July 17, 2023

X _____
Dalrion E. Morgan
#21403-032
Pro Se Plaintiff
FCI Beckley
PO Box 350
Beaver, WV 25813