UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DAIRION E. MORGAN,

      Plaintiff,

v.                                      CIVIL ACTION NO. 5:23-cv-00101

YOUNG,
HECKARD,
ROGER EDWARDS,
D. SCOTT,
AMY GOODE,
MELISSA SUBER,
S. VEST,
RODRIGUEZ,
MELISSA FOX, and
FAIN,

      Defendants.

## ORDER

      Pending is Plaintiff's motion for a preliminary injunction, filed February 8, 2023. [Doc. 2]. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). [Doc. 3]. Magistrate Judge Aboulhosn filed his PF&R on March 14, 2023. [Doc. 6]. Magistrate Judge Aboulhosn recommended that the Court deny Plaintiff's motion. *Id.*

      The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis

added)). Failure to file timely objections constitutes a waiver of de novo review and the Plaintiff's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on March 31, 2023. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 6**] and **DENIES** Plaintiff's motion for a preliminary injunction [**Doc. 2**].

The Court **DIRECTS** the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER:    September 6, 2023

Frank W. Volk
United States District Judge